
ORIGINAL

FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0123

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0123

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JASON HARRISON,

Defendant and Appellant.

ORDER

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Brent Flowers, counsel of record for Defendant and Appellant Jason Harrison, has petitioned for an out-of-time appeal from the Order on Motion to Withdraw Guilty Plea filed on December 18, 2019, by the Fifth Judicial District Court, Jefferson County, in Cause No. DC-2018-03. The Attorney General's Office does not oppose this petition.

Harrison, represented by the Beebe & Flowers law firm, moved to withdraw his guilty plea the District Court, which denied Harrison's motion. In Flowers's affidavit in support of Harrison's petition for an out-of-time appeal of that denial, Flowers asserts that the Jefferson County Clerk of Court sent a copy of the District Court's order to both Flowers and attorney Greg Beebe at the firm. However, Flowers was not actively involved in the case and he anticipated Beebe would pursue the matter. Shortly thereafter, Beebe suffered from a serious health problem and reduced his work hours. In reviewing Beebe's cases, Flowers discovered that no notice of appeal was filed in Harrison's case.

Since his appeal is untimely under M. R. App. P. 4(5), Harrison moves this Court for leave to pursue an out-of-time appeal. We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice." Flowers argues that such would occur here if Harrison were denied his right to appeal based on counsel's failure to timely file a notice of appeal. We agree.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 10 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices